[No. 12403.  Department One.  June 15, 1915.]

THE STATE OF WASHINGTON, *Respondent*, v. C. M. NEWALL,
*Appellant*.[1]

CRIMINAL LAW—APPEAL—REVIEW—VERDICT.  A conviction will not
be set aside because against the weight of the evidence, if supported
by testimony, no matter how improbable, if there be a possibility
that it is true.

Appeal from a judgment of the superior court for King
county, Mackintosh, J., entered April 11, 1914, upon a trial
and conviction of rape.  Affirmed.

*William R. Bell*, for appellant.

*Alfred H. Lundin, Crawford White*, and *Joseph A. Barto*,
for respondent.

PER CURIAM.—The only question in this case is whether the
court should have granted a motion for a nonsuit, or set
aside the verdict because the facts were insufficient to sustain
a conviction.

Whatever our own opinion of the weight of the testimony
may be, we are satisfied that there was enough to carry the
case to the jury, and that it was for it to say whether the
case so made was overcome by the testimony of the appellant
and that given in his behalf.  However improbable testimony
may be, a jury has a right to believe it, and if there be a
possibility that it is true, a court will not disturb its find-
ings.

We have read the record carefully, and are satisfied that
neither the prosecuting witness nor the defendant told the
whole truth; but we are not prepared to say that the jury
did not find enough truth in the story told by the prosecut-
ing witness to justify the verdict.

Affirmed.

[1]Reported in 149 Pac. 324.